

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SAMMY LEE WOODS, JR., | § | No. 08-21-00083-CV |
| Appellant, | § | Appeal from the |
| v. | § | 131st Judicial District Court |
| ALTO ASSET COMPANY 3, LLC f/k/a FIREBIRD SFE I, LLC, | § | of Bexar County, Texas |
| Appellee. | § | (TC# 2020CI00620) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, for performance of the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF AUGUST, 2022.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.